```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

GARY C. MERCER,                }
                               }
     Plaintiff,                }
                               }     CIVIL ACTION NO.
v.                             }     08-AR-1312-S
                               }
ASTRALLOY STEEL PRODUCTS,      }
INC.,                          }
                               }
     Defendant.                }
```

## MEMORANDUM OPINION AND ORDER

The court *sua sponte* raised the question of its subject-matter jurisdiction over the above-entitled removed case because plaintiff's collateral reference to COBRA is so remote from the primary state law claims stated in the complaint.  More artful or careful pleading could have prevented the specter of ERISA super-duper preemption.  By the mere mentioning of COBRA, plaintiff handed defendant the keys to the federal courthouse. Accordingly, the court finds that it barely has subject-matter jurisdiction.  But, the court will no longer have subject-matter jurisdiction if and when plaintiff amends his complaint to eliminate Count III and his claim for a loss of benefits provided by an ERISA governed plan.  If plaintiff so amends, the court will dismiss the action without prejudice, and plaintiff can refile it in his chosen forum.  Unless plaintiff amends his complaint as suggested **within seven (7) calendar days**, the parties shall proceed forthwith with the required parties'

planning meeting and report.

DONE this 25th day of August, 2008.

/s/ William M. Acker, Jr.
_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE